CARL F. SCHIRMER [VIRGINIA M. SCHIRMER, EXECUTRIX (ESTATE OF CARL F. SCHIRMER), SUBSTITUTED PLAINTIFF], ET AL. *v.* ZONING COMMISSION OF THE CITY OF MERIDEN ET AL.

HOUSE, C. J., THIM, RYAN, SHAPIRO and LOISELLE, Js.

Argued October 6—decided October 27, 1971

*Kenneth W. Mango,* for the appellants (plaintiffs).

*John F. Papandrea,* with whom, on the brief, was *Edward T. Lynch, Jr.,* for the appellee (Mobil Oil Company).

*Morton H. Greenblatt,* assistant corporation counsel, for the appellee (named defendant).

PER CURIAM. This is an appeal from a judgment of the Court of Common Pleas dismissing an appeal from the action of the defendant commission in changing the zone of a parcel of land. The appeal raises no novel questions of law or fact, we find no error in the judgment of the trial court, and a repetition of the well-settled principles of law which the trial court properly applied would serve no useful purpose.

There is no error.